**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **- against -**             **5:05-CV-0113**
                             **(NAM/GJD)**

**BARRY N. MATUREVITZ,**

        **Defendant.**

---

## ORDER GRANTING DEFAULT

Upon application of the plaintiff, by and through its attorneys, Overton Russell Doerr & Donovan, L.L.P., for an order granting default judgment against the defendant on the single promissory note referenced in the complaint,

NOW, upon the motion of plaintiff it is hereby

ORDERED, that in view of default by defendant in failing to answer the complaint herein or make any appearance in this matter and the Clerk of the Court having entered default by defendants on September 30, 2005, and no appearance or objection having been made by defendants since that time, plaintiff's motion for default judgment against defendants is GRANTED.

IT IS SO ORDERED.

Dated:  September 26, 2006
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge